JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 454 -- In re Exterior Siding and Aluminum Coil Antitrust Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/12/21 | 1 | MOTION, BRIEF, EXHB. A,B,&C, Cert of Svc. DEFENDANTS -- Kaiser Aluminum & Chemical Corp., Kaiser Aluminum & Chemical Sales, Inc., Alside, Inc., Alcan Aluminum Corp., Aluminum Co. of America and Reynolds Metals Co. for consolidation of 2 actions. SUGGESTED TRANSFEREE DISTRICT: D. Minnesota SUGGESTED TRANSFEREE JUDGE: Judge Alsop. (rew) |
| 81/01/12 | | APPEARANCES: Abraham N. Goldman for Western Builders, Inc. Lagar Construction Co.; William J. McKim for United States Steel Corp.; Eugene M. Warlich for Alcan Aluminum Corp.; Michael E. Bress for Reynolds Metals Co.; Gordon G. Busdicker for Aluminum Co. of America; Elliot S. Kaplan for Kaiser A Aluminum & Chemical Corp. and Kaiser Aluminum & Chemical Sales, Inc.; Leon R. Goodrich for Alside, Inc. (emh) |
| 81/01/13 | 2 | CROSS-MOTION -- Western Builders, Inc., et al. for transfer of A-1, A-2 and A-3(new action) w/Brief and Cert. of Service SUGG. TRANSFEREE COURT: N.D. CALIFORNIA or N.D. ILLINOIS SUGG. TRANS. JUDGE: MARILYN H. PATEL or PRENTICE MARSHALL |
| 81/01/13 | | APPEARANCE: John A. Cochrane, Esq. for Hoyt V. Alside, et al. (cds) |
| 81/01/19 | 3 | RESPONSE -- Deft. Bethlehem Steel and Mastic Corp. -- w/cert. of svc. (emh) |
| 81/01/21 | 4 | JOINDER IN MOTION -- Revere Copper & Brass Inc. -- w/cert. of svc. (emh) |
| 81/01/26 | 5 | JOINDER IN MOTION (Pldg. 2) -- Pltf. Hoyt Construction Co. Inc., et al. -- w/cert. of service (cds) |
| 81/01/23 | | HEARING ORDER: Setting Motion to Transfer for Panel Hearing on February 26, 1981 in San Antonio, Texas (cds) |
| 81/01/27 | 6 | AMENDED MOTION TO INCLUDE A-3 IN MOTION TO TRANSFER TO THE DISTRICT OF MINNESOTA -- Defendants -- w/Brief, Exhibits A-D and cert. of service (cds) |
| 81/01/30 | 7 | LETTER from Judge Marilyn Hall Patel in the N.D. California State Court re: Western Builders, Inc. vs. Alside. (ds) |
| 81/02/02 | | APPERANCE -- Robert A. Albrecht, Esq. for Revere Copper & Brass (rw) |
| 81/02/02 | 8 | RESPONSE -- Midwest Builders and Materials, Inc. -- w/cert. of svc. (emh) |
| 81/02/24 | | HEARING APPEARANCES: EUGENE M. WARLICH, ESQ. for Kaiser Aluminum and Chemical Corporation and Kaiser Aluminum and Chemical Sales, Inc.; ABRAHAM N. GOLDMAN, ESQ. for Western Builders, Inc. and Lagar Construction Co.; JOHN COCHRANE, ESQ. for Hoyt Construction Co., Inc., et al.; LEON GOODRICH, ESQ. for Alside Inc. (cds) |

JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p. 2

DOCKET NO. 454 -- In re Exterior Siding & Aluminum Coil Antitrust Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 81/02/24 | | WAIVER OF ORAL ARGUMENT -- Bethlehem Steel Corp.; Mastic Corp.; United States Steel Corp. and Midwest Builders and Materials, Inc. (ds) |
| 81/04/08 | | CONSENT OF TRANSFEREE COURT to assign litigation to the Honorable Charles R. Weiner for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (ea) |
| 81/04/08 | | TRANSFER ORDER transferring A-2 and A-3 to the District of Minnesota to be coordinated with A-1 for consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 under Honorable Charles R. Weiner. Notified involved counsel, clerks and judges, panel judges and recipients. (ea) |
| 82/03/09 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-4 Riverside Builders, Inc. v. Alside, Inc., et al., N.D. Illinois, C.A. No. 82-C-1027. Notified involved counsel and judges. (ds) |
| 82/03/25 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-4 Riverside Builders, Inc. v. Alside, Inc., et al., N.D. Ill., C.A. No. 82-C-1027. Notified involved clerks and judges. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 454 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE EXTERIOR SIDING AND ALUMIUM COIL ANTITRUST LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates Feb. 26, 1981 | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/8/81 | TO | unpublished | D. Minnesota | Charles R. Weiner | Philadelphia, Pa. |

Special Transferee Information

DATE CLOSED: 9/13/85

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 454 -- In re Exterior Siding and Aluminum Coil Antitrust Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Hoyt Construction Co., Inc., et al. v. Alside, Inc., et al. | D. Minn. Alsop | 4-75-257 | | | 3-22-85 D | |
| A-2 | Western Builders, Inc., et al. v. Alside, Inc., et al. | N.D.Cal. Patel | C-80-4400-MHP | 4/8/81 | Civ-4-81-255 | 9/13/85 D | |
| A-3 | Midwest Builders and Materials, Inc. v. Alside, Inc., et al. | N.D.Ill. Marshall | 80C6804 | 4/8/81 | Civ 4-81-268 | 9/13/85 D | |
| B-4 | Riverside Builders, Inc. v. Alside, Inc., et al. 3/9/82 | N.D.Ill. McMillen | 82-C-1027 | 3/25/82 | Civ-4-82-680 | 9/13/85 D | ✓ |

July 1985 - 1 dis - 3 pending

July 1986 - Docket closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 454 -- In re Exterior Siding and Aluminum Coil Antitrust Litigation

---

HOYT CONSTRUCTION CO., INC., ET AL. (A-1)

John A. Cochrane, Esquire
500 Cochrane & Bresnahan Building
360 Wabasha Street
St. Paul, Minnesota  55102

WESTERN BUILDERS, INC., ET AL. (A-2)

Abraham N. Goldman, Esq.
Two N. LaSalle
Suite 2205
Chicago, Illinois  60602

MIDWEST BUILDERS AND MATERIALS, INC (A-3)
Steven Ackerman, Esquire
120 S. LaSalle
Suite 1736
Chicago, IL  60603

Jeffrey Slemmons, Esquire
6146 N. Northwest Hwy.
Chicago, IL  60631

RIVERSIDE BUILDERS, INC. (B-4)
Michael J. Freed, Esquire
Lawrence H. Eiger, Esquire
Much, Shelist, Freed, Denenberg, Ament
   & Eiger, P.C.
135 South LaSalle Street
Suite 2323
Chicago, Illinois 60603

ALSIDE, INC.
Leon R. Goodrich, Esquire ✓
Oppenheimer, Wolff, Foster, Shepard
   & Donnelly
1700 First National Bank Bldg.
St. Paul, Minnesota  55101

KAISER ALUMINUM & CHEMICAL CORP.
KAISER ALUMINUM & CHEMICAL SALES, INC.
Elliot S. Kaplan, Esquire
Robins, Zelle, Larson & Kaplan
33 South Fifth Street ✓
Minneapolis, Minnesota  55402

ALUMINUM CO. OF AMERICA
Gordon G. Busdicker, Esq.
Faegre & Benson ✓
1300 Northwestern Bank Bldg.
Minneapolis, Minnesota  55402

REYNOLDS METALS COMPANY
Michael E. Bress, Esquire
Dorsey, Windhorst, Hannaford, ✓
   Whitney & Halladay
2300 First National Bank Bldg.
Minneapolis, Minnesota  55402

UNITED STATES STEEL CORP.
William J. McKim, Esquire ✓
Law Department, Room 1550
United States Steel Corporation
600 Grant Street
Pittsburgh, Pennsylvania  15230

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 454   -- In re Exterior Siding and Aluminum Coil Antitrust Litigation

---

ALCAN ALUMINUM CORP. ✓
Eugene M. Warlich, Esquire
Doherty, Rumble & Butler
E-1500 First National Bank Building
St. Paul, Minnesota   55101

BETHLEHEM STEEL AND MASTIC CORP.
(No appearance received)
Frank A. Dvorak, Esquire  ✓
1600 TCF Tower
Minneapolis, Minnesota   55402

REVERE COPPER & BRASS, INC.
Robert A. Albrecht, Esquire
Moore, Costello & Hart
1400 Northwestern National Bank Bldg.
55 East Fifth Street
St. Paul, Minn.   55101

U. S. STEEL CORP.
(No appearance)
Jeffrey F. Shaw, Esq.
Briggs & Morgan
W. 1st National Bank Bldg. #2200
St. Paul, Minnesota

JPML FORM 3

p. _____

## COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 454 -- In re Exterior Siding and Aluminum Coil Antitrust Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Alside, Inc. | A-3, A-2, A-1, B-4 |
| Alcan Aluminum Corp. | A-3, A-2, A-1, B-4 |
| Aluminum Co. of America | A-3, B-4, A-2, A-1 |
| Bethlehem Steel Corp. | A-3, B-4, A-2, A-1 |
| Kaiser Aluminum & Chemical Sales, Inc. | A-3, B-4, A-2, A-1 |
| Mastic Corp. | A-3, B-4, A-2, A-1 |
| Reynolds Metals Co. | A-3, B-4, A-2, A-1 |
| Revere Copper & Brass, Inc. | A-3, A-2, A-1 |
| United States Steel Corp. | B-4, A-2, A-1 |
| Kaiser Aluminum & Chemical Corp. | A-3, B-4, A-2, A-1 |